COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-05-282-CV

 

AMBASSADOR
HEALTH CARE, INC.                                       APPELLANT

D/B/A DANFORTH GARDENS

 

                                                   V.

 

NURSEFINDERS,
INC.                                                              APPELLEE

 

                                               ----------

           FROM
THE 153RD DISTRICT COURT OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered Appellant=s AMotion
To Dismiss Appeal.@ 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss the appeal. 
See TEX. R. APP. P.
42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by Appellant,
for which let execution issue.

PER CURIAM

PANEL D: HOLMAN, GARDNER,
and WALKER, JJ.

 








DELIVERED: March 2, 2006











[1]See Tex. R. App. P. 47.4.